ANDREW S. AZARMI (SBN 241407)
andrew.azarmi@dentons.com
DENTONS US LLP
One Market Plaza
Spear Tower, 24th Floor
San Francisco, California 94105
Telephone:    415.267.4000
Facsimile:     415.267.4198

Attorneys for Defendants ECC CENTCOM Constructors, LLC and ECC International, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ASPIC ENGINEERING AND CONSTRUCTION COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ECC CENTCOM CONSTRUCTORS, LLC AND ECC INTERNATIONAL, LLC,<br><br>Defendants. | Case No. 3:17-cv-00224<br><br>**CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS ECC CENTCOM CONSTRUCTORS, LLC AND ECC INTERNATIONAL, LLC** |

102288919\V-2

1   Defendants, Arbitration Respondents ECC CENTCOM Constructors, LLC and ECC
2  International, LLC respectfully submit this corporate disclosure statement pursuant to Federal
3  Rule of Civil Procedure 7.1.
4    ECC CENTCOM Constructors, LLC is a limited liability company organized under the
5  laws of the State of Delaware.  Environmental Chemical Corporation is the sole member of ECC
6  CENTCOM Constructors, LLC.
7    ECC International, LLC is a limited liability company organized under the laws of the
8  State of Delaware.  Environmental Chemical Corporation is the sole member of ECC
9  International, LLC.
10   No publically traded company owns more than 10 percent of Environmental Chemical
11 Corporation.

DATED:  January 17, 2017          DENTONS US LLP

By:   */s/ Andrew S. Azarmi*
      Andrew S. Azarmi
      Attorneys for Defendants ECC CENTCOM
      Constructors, LLC and ECC International, LLC