ANDREW S. AZARMI (SBN 241407)
andrew.azarmi@dentons.com
DENTONS US LLP
One Market Plaza
Spear Tower, 24th Floor
San Francisco, California 94105
Telephone:    415.267.4000
Facsimile:     415.267.4198

Attorneys for Defendants ECC CENTCOM
Constructors, LLC and ECC International, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ASPIC ENGINEERING AND CONSTRUCTION COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>ECC CENTCOM CONSTRUCTORS, LLC AND ECC INTERNATIONAL, LLC,<br><br>        Defendants. | Case No. 3:17-cv-00224<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS OF DEFENDANTS ECC CENTCOM CONSTRUCTORS, LLC AND ECC INTERNATIONAL, LLC** |

1 | Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons,
2 | associations of persons, firms, partnerships, corporations (including parent corporations) or other
3 | entities (i) have a financial interest in the subject matter in controversy or in a party to the
4 | proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5 | substantially affected by the outcome of this proceeding:

1. Environmental Chemical Corporation. Environmental Chemical Corporation is the sole member of Defendants, Arbitration Respondents, ECC CENTCOM Constructors, LLC and ECC International, LLC.

2. Environmental Chemical Corporation Employee Stock Ownership Plan ("ECC ESOP"). The ECC ESOP owns 49 percent of Environmental Chemical Corporation.

3. Mr. Paul Sabharwal, Chairman, Environmental Chemical Corporation Board of Directors. Mr. Sabharwal owns 30.5 percent of Environmental Chemical Corporation.

4. Mr. Manjiv S. Vohra, Environmental Chemical Corporation President and Chief Executive Officer. Mr. Vohra owns 20.5 percent of Environmental Chemical Corporation.

DATED: January 17, 2017                    DENTONS US LLP


                                           By:     /s/ Andrew S. Azarmi
                                                Andrew S. Azarmi
                                                Attorneys for Defendants ECC CENTCOM
                                                Constructors, LLC and ECC International, LLC

102288955\V-2