1  ANDREW S. AZARMI (SBN 241407)
   andrew.azarmi@dentons.com
2  DENTONS US LLP
   One Market Plaza
3  Spear Tower, 24th Floor
   San Francisco, California 94105
4  Telephone:     415.267.4000
   Facsimile:     415.267.4198
5
   Attorneys for Defendants ECC CENTCOM
6  Constructors, LLC and ECC International, LLC

7

8 **UNITED STATES DISTRICT COURT**

9 **NORTHERN DISTRICT OF CALIFORNIA**

10 **SAN FRANCISCO DIVISION**

11

| ASPIC ENGINEERING AND CONSTRUCTION COMPANY,<br><br>              Plaintiff,<br><br>      v.<br><br>ECC CENTCOM CONSTRUCTORS, LLC AND ECC INTERNATIONAL, LLC,<br><br>              Defendants. | Case No. 17-cv-00224-KAW<br><br>**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |
|---|---|

102343964\V-1

☐ **Consent to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

☑ **Decline Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATED: January 18, 2017            DENTONS US LLP

By: _____/s/ Andrew S. Azarmi_____
    Andrew S. Azarmi
    Attorneys for Defendants ECC CENTCOM
    Constructors, LLC and ECC International, LLC