Walt Pennington
State Bar No 214470
Pennington Law Firm
3302 30th Street
San Diego, CA 92104-4535
Telephone:    619 940 6157
Email: wpennington@pennfirm.com

Attorney for Aspic Engineering and Construction Company, Petitioner

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| ASPIC ENGINEERING AND CONSTRUCTION COMPANY,<br><br>Petitioner,<br><br>v.<br><br>ECC CENTCOM CONSTRUCTORS, LLC AND ECC INTERNATIONAL, LLC,<br><br>Respondents. | Case No. 17-CV-00224-YGR<br><br>Hon. Yvonne Gonzalez Rogers<br><br>**PARTIES' JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO FILE RESPONSE AND SETTING HEARING**<br><br>Proposed Hearing Date: March 28, 2017 at 2:00 p.m.<br><br>Original petition filed:    December 28, 2016<br><br>Removal filed:    January 17, 2017 |

TO THE JUDGES AND CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA.

Petitioner/Plaintiff, Aspic Engineering and Construction Company ("Petitioner") and Respondents/Defendants, ECC CENTCOM Constructors LLC and ECC International LLC ("Respondents") (collectively, Petitioner and Respondents are referred to herein as "the Parties"). The Parties jointly stipulate as follows:

1. This case involves an arbitration award. Petitioner seeks to confirm and correct the award; Respondents intend to seek to vacate the award. The parties held an arbitration in San Mateo County, California and a partial arbitration award was delivered on September 30, 2016 and a final arbitration award was entered on November 14, 2016.

2. Petitioner filed a petition in the Superior Court for San Mateo County, California to confirm the arbitration according to California law ("the Petition").

3. Respondents appeared in the Superior Court on Friday, January 13, 2017 to argue a motion. The Parties dispute whether this constituted a general appearance.

4. Respondents filed a notice of removal on January 17, 2017.

5. Petitioner contends that Respondents' response to the Petition is due February 3, 2017. Respondents contend that their response is due February 7, 2017. Notwithstanding their dispute regarding the proper response deadline, the Parties have jointly agreed and hereby stipulate that Respondents shall have until Friday February 10, 2017 to file a response to the Petition.

6. Following the filing of the Respondents' response, the Petition should be ready for consideration on the merits. The Parties jointly request that the Petition be heard on **March 28, 2017 at 2:00 pm**, a date that is more than 35 days following the petition and response.

7. The Superior Court entered a judgment in this case shortly after the filing of the case, before service on Respondents and before Respondents had any opportunity to respond or be heard on the merits.  The Parties agree that, in conjunction with the consideration of the Petition and response, the court shall correct, modify or vacate the judgment that was entered in the Superior Court to conform with the decision of this Court.

8. The stipulation and proposed order will not impact any times set by the Court. No trial date has been set in this matter. No previous extensions of time have been granted.

**IT IS SO STIPULATED**.

Respectfully Submitted,

February 3, 2017

By: */s/ Walt Pennington*
Walt Pennington (#214470)
Pennington Law Firm
3302 30th Street
San Diego, CA 92104-4535
619 940 6157
wpennington@pennfirm.com
Attorney for Aspic Engineering and Construction Company, Petitioner

Respectfully Submitted,

February 3, 2017

By: */s/ Andrew S. Azarmi*
ANDREW S. AZARMI (SBN 241407)
andrew.azarmi@dentons.com
DENTONS US LLP
One Market Plaza
Spear Tower, 24th Floor
San Francisco, California 94105
Telephone:    415.267.4000
Facsimile:     415.267.4198

Attorneys for Defendants ECC CENTCOM Constructors, LLC and ECC International, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| ASPIC ENGINEERING AND CONSTRUCTION COMPANY,<br><br>Petitioner,<br><br>v.<br><br>ECC CENTCOM CONSTRUCTORS, LLC AND ECC INTERNATIONAL, LLC,<br><br>Respondents. | Case No. 17-CV-00224-YGR<br><br>Hon. Yvonne Gonzalez Rogers<br><br>**[proposed]  ORDER EXTENDING TIME FOR DEFENDANTS TO FILE RESPONSE AND SETTING HEARING**<br><br>Proposed Hearing Date: March 28, 2017 at 2:00 p.m.<br><br>Original petition filed:    December 28, 2016<br><br>Removal filed:               January 17, 2017 |

This Court having considered the joint stipulation of the Parties,

   IT IS HEREBY ORDERED that the hearing on the Petition, and any response, is set on **March 28, 2017 at 2:00 p.m.**, to be heard in the courtroom of the Honorable Yvonne Gonzalez Rogers, for a consideration of the merits of the Petition.  The response to the Petition shall be filed on or before **February 10, 2017**.

   IT IF HEREBY FOUND, that the Superior Court entered a judgment in this case shortly after the filing of the case and before service on the Defendants, ECC CENTCOM Constructors LLC and ECC International LLC. The Defendants did not have an opportunity to respond or be heard on the merits.

   IT IS FURTHER ORDERED, that in conjunction with the consideration of the Petition that the court shall correct, modify or vacate the judgment that was entered in the Superior Court to conform with the decision of this Court.

Dated: February ___, 2017

_____
Honorable Yvonne Gonzalez Rogers
United States District Judge