# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| ASPIC ENGINEERING AND CONSTRUCTION COMPANY,<br><br>Petitioner,<br><br>v.<br><br>ECC CENTCOM CONSTRUCTORS, LLC AND ECC INTERNATIONAL, LLC,<br><br>Respondents. | Case No. 4:17-CV-00224-YGR<br><br>Hon. Yvonne Gonzalez Rogers<br><br>[proposed] **ORDER SETTING HEARING**<br><br>Proposed Hearing Date: March 28, 2017 at 2:00 p.m.<br><br>Original petition filed: December 28, 2016<br><br>Removal filed: January 17, 2017 |

This Court having considered the joint stipulation of the Parties,

IT IS HEREBY ORDERED that the hearing on the Petition, and any response, is set on **March 28, 2017 at 2:00 p.m.**, to be heard in the courtroom of the Honorable Yvonne Gonzalez Rogers, for a consideration of the merits of the Petition.

Dated: February 24, 2017

_____
Honorable Yvonne Gonzalez Rogers
United States District Judge

Page 1 of 1            [proposed] ORDER SETTING HEARING