# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Aspic Engineering & Construction Co.<br><br>Plaintiff(s),<br><br>v.<br><br>ECC CENTCOM Constructors, et. al.<br><br>Defendant(s). | Case No: 4:17-cv-00224 YGR<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** AND ORDER<br>(CIVIL LOCAL RULE 11-3) |

I, Joseph Martinez, an active member in good standing of the bar of Colorado, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: ECC CENTCOM Constructors / ECC Intl. in the above-entitled action. My local co-counsel in this case is Andrew Azarmi, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1400 Wewatta St. - Suite 700<br>Denver, CO 80202 | One Market Plaza - Spear Tower, 24th Floor<br>San Francisco, California 94105 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (303) 634-4371 | (415) 267-4000 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| joe.martinez@dentons.com | andrew.azarmi@dentons.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 38956.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 03/06/17

Joseph Martinez
APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Joseph Martinez is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 3/6/17

UNITED STATES DISTRICT/MAGISTRATE JUDGE