UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ASPIC ENGINEERING AND CONSTRUCTION COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ECC CENTCOM CONSTRUCTORS, LLC AND ECC INTERNATIONAL, LLC,<br><br>Defendants. | Case No. 17-cv-00224-YGR<br><br>**ORDER STAYING CASE AND SETTING COMPLIANCE HEARING** |
|---|---|

Pursuant to the Court's Order dated July 18, 2017, granting defendants' motion to vacate final arbitration award, the Court **STAYS** the case pending arbitration. A compliance hearing shall be held on the Court's **9:01 a.m.** calendar on **Friday, December 15, 2017**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a Stipulation of Dismissal; (b) a motion to confirm an arbitration award, or (c) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.

**IT IS SO ORDERED.**

Dated: July 18, 2017

_____
Hon. Yvonne Gonzalez Rogers
United States District Court Judge

1