Walt Pennington
State Bar No 214470
Pennington Law Firm
3302 30th Street
San Diego, CA 92104-4535
Telephone:    619 940 6157
Email:        wpennington@pennfirm.com
Attorney for Aspic Engineering and Construction Company, Petitioner and Appellant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASPIC ENGINEERING AND CONSTRUCTION COMPANY,<br>        Petitioner,<br><br>    v.<br><br>ECC CENTCOM CONSTRUCTORS LLC, et. al<br>        Respondents | Case No. 4:17-cv-00224-YGR<br><br>NOTICE OF APPEAL |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

This document gives notice that the Petitioner, Aspic Engineering and Construction Company appeal from the final judgment or order entered by the District Court named above on July 18, 2017 vacating the arbitration award.

This appeal is made to the United States Court of Appeals for the Ninth Circuit.

July 26, 2017,

*by Walt Pennington_____*
Walt Pennington (#214470)
Pennington Law Firm
3302 30th Street
San Diego, CA 92104-4535
619 940 6157
wpennington@pennfirm.com

*Attorney for Aspic Engineering and Construction Company, Petitioner and Appellant*

# CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing Notice of Appeal was sent via CM/ECF on July 26, 2017 to the following:

| | |
|---|---|
| ANDREW S. AZARMI (SBN 241407)<br>DENTONS US LLP<br>One Market Plaza<br>Spear Tower, 24th Floor<br>San Francisco, California 94105 | JOSEPH G. MARTINEZ (admitted *pro hac vice*)<br>DENTONS US LLP<br>1400 Wewatta Street<br>Suite 700<br>Denver, Colorado 80202 |
| Attorney for ECC International LLC and ECC Centcom Constructors LLC | Attorney for ECC International LLC and ECC Centcom Constructors LLC |

/s/ Walt Pennington
Walt Pennington