# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASPIC ENGINEERING AND CONSTRUCTION COMPANY,**<br><br>Plaintiff**,**<br><br>vs.<br><br>**ECC CENTCOM CONSTRUCTORS LLC, ET AL.,**<br><br>Defendants**.** | CASE NO. 17-cv-00224-YGR<br><br>**ORDER SETTING COMPLIANCE HEARING** |

On January 28, 2019, the United States Court of Appeals for the Ninth Circuit issued an opinion affirming the Court's July 18, 2017 order granting defendants' motion to vacate the final arbitration award and July 25, 2017 order denying plaintiff's motion for reconsideration of that order. (Dkt. No. 58.) The Court of Appeals subsequently issued a mandate regarding that opinion on March 14, 2019. (Dkt. No. 59.)

Accordingly, the Court **SETS** a compliance hearing for **Friday, August 30, 2019**. By no later than **Friday, August 23, 2019**, parties shall file either (a) a joint statement regarding the status of the above-captioned action; or (b) a one-page joint statement setting forth an explanation regarding the failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.

**IT IS SO ORDERED.**

Dated: August 13, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**